## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States | * | |
| | * | |
| vs. | * | Case No. 435-1968 |
| | | 435 1967 |
| | * | 435 1966 |
| Greg Harris | | |
| | * | |

******

### ENTRY OF APPEARANCE AND CONTINUANCE

To the Clerk of Court and all parties of record.  Malik Shabazz Esq. hereby enters his appearance as counsel for Defendant in the above captioned case.  I certify that I am admitted to practice before this court.  According to the Clerk, this status hearing has been continued until October 8, 2014.

Date: September 10, 2014

/s/ Malik Z Shabazz/s/, Esq.
Co- Counsel for Plaintiff

Bar #18558
Law Offices of Malik Shabazz
1200 G Street N.W.
Suite #800
Washington DC, 20005
attorney.shabazz@yahoo.com
phone: 202-434-4528
fax:    202 -434-8707

SEP 10 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States | * | |
| | * | |
| vs. | * | Case No. 435-1968 |
| | | 435 1967 |
| | * | 435 1966 |
| Greg Harris | | |
| | * | |

\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2014 , a copy of counsel's Entry of Appearance Will be electronically filed in this case on September 10, 2014.

/s/Malik Shabazz/s/
Co- Counsel for Plaintiff