# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

Greg Harris Jr.
**Defendant**

Citation No(s): 4351968
4351966, 4351967

Docket No: _____

FILED ☐ ENTERED ☐
LOGGED ☐ RECEIVED ☐

NOV 12 2014

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

\* \* \* \* \* \* \* \* \* \* \* \*

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| Operating unreg. Motor Vehicle | Dismissed | — | — | — |
| Possession - Controlled Substance | Dismissed | — | — | — |
| Possession of drug paraphernalia | Dismissed | — | — | — |
| | | | TOTAL DUE: | $ 0 |

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363
   (or you may pay online at www.cvb.uscourts.gov)
☐ Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201

☐ Waive Initial Appearance          ☐ Continue to Obtain License
☐ Continue for Payment              ☐ Continue to Retain Attorney
☐ Set for Trial                     ☐ New Court Date: _____
☒ Dismissed by the Government       at: _____ a.m.

COMMENTS: _____

_____          _____
Defendant's Signature          Assistant U.S. Attorney

_____          12 Nov. 2014
Attorney for Defendant          Date

*Original – Court          Yellow – Defendant          Pink – AUSA*

Plea Agreement (01/2013) Triple